UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-15140<br>CHAPTER 13 |
| HOMER MUHAMMAD<br>ELMA L. MUHAMMAD | : | JUDGE BETH A. BUCHANAN |
| DEBTORS | : | NOTICE OF TRANSMITTAL OF<br>UNCLAIMED FUNDS |

 Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

 The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 918006 | $6.88 |

Creditor(s)
Lab One of Ohio Inc.
P.O. Box 695018
Cincinnati, Ohio 45269-5018


                Respectfully submitted,

             /s/ Margaret A. Burks, Esq.
                Margaret A. Burks, Esq.
                Chapter 13 Trustee
                Attorney No. OH 0030377

                Francis J. DiCesare, Esq.
                Staff Attorney
                Attorney No. OH 0038798

                Karolina F. Perr, Esq.
                Staff Attorney
                Attorney No. OH 0066193

                600 Vine Street, Suite 2200
                Cincinnati, OH 45202
                (513) 621-4488
                (513) 621 2643 (Facsimile)
                mburks@cinn13.org - Correspondence only
                fdicesare@cinn13.org
                kperr@cinn13.org
                cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, July 20, 2011.

                                          /s/    Margaret A. Burks, Esq.
                                                      Margaret A. Burks, Esq.

Lab One of Ohio Inc.  
P.O. Box 695018  
Cincinnati, Ohio 45269-5018

Debtor(s) Counsel  
DEARFIELD, KRUER & CO., LLC  
8080 BECKETT CENTER DRIVE  
SUITE 217  
WEST CHESTER,, OH  45069

Debtor(s)  
HOMER MUHAMMAD  
ELMA L. MUHAMMAD  
7524 EDGEMONT ROAD  
CINCINNATI, OH  45237

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
 (service waived)